United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Janay Cruz-Fernandez, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 24-62094-Civ-Scola |
| Kan Zaman BMY Inc., dba Kan Zaman Hookah Cafe, and others, Defendants. | ) ) ) |

**Order Adopting Report and Recommendations and
Granting Final Default Judgment**

  The Court referred Plaintiff Janay Cruz-Fernandez's amended motion for the entry of default judgment to United States Magistrate Judge Enjoliqué A. Lett for a report and recommendations. Thereafter, Judge Lett issued her report and recommendations, recommending that the Court grant Cruz-Fernandez's motion. (Rep. & Rec., ECF No. 24.) No objections to the report and recommendations have been filed by any of the parties and the time to do so has passed.

  Nonetheless, the Court has considered—de novo—Judge Lett's report, the record, and the relevant legal authorities. The Court finds Judge Lett's report and recommendations thorough, cogent, and compelling. The Court thus **adopts** the recommendations in full (**ECF No. 24**) and **grants** Cruz-Fernandez's motion (**ECF No. 20**). Accordingly, the Court **enters final default judgment** in Plaintiff **Janay Cruz-Fernandez's** favor, in the amount of **$20,254** (comprised of $1768 in unpaid overtime, $1600 in unpaid minimum wages, $364 in unpaid tips, $6395 for retaliatory-termination back pay, and $10,127 in liquidated damages), against Defendant **Kan Zaman BMY Inc., doing business as Kan Zaman Hookah Café**, for which sum, let execution issue.

  The Court directs the Clerk to **close** this case. Any pending motions are denied as moot.

  **Done and ordered** at Miami, Florida, on August 20, 2025.

                       _____
                        Robert N. Scola, Jr.
                        United States District Judge